**COURTROOM DEPUTY'S MINUTES**　　　　　　**MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE　　　　　　　　DATE: July 13, 2005
❒ BOND HEARING
❒ DETENTION HEARING　　　　　　　　Digital Recording 2:30 - 2:50
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker　　**DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05cr151-T　　**DEFENDANT NAME:** Charles David Bobo
**AUSA:** Terry Moorer　　**DEFT. ATTY:** Marion Chartoff
　　　　　　　　　　　Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest July 13, 2005 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Marion Chartoff - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❒Set for      DISCOVERY DISCLOSURE DATE: July 15, 2005 |
| √ | WAIVER of Speedy Trial. CRIMINAL TERM: October 12, 2005 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |