IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-MHT-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

**NOTICE OF APPEARANCE**

Marion D. Chartoff hereby gives notice of her appearance as counsel for defendant Charles David Bobo in this matter.

Respectfully submitted, this the 14th day of July, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Tommie Brown Hardwick, Tiffany B. McCord, and the Federal Defender Program.

/s/ Marion D. Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net