IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:05cr151-T |
| CHARLES DAVID BOBO and ) | |
| MARY WAGES BOBO, d/b/a ) | |
| HORN HILL GROCERY, and ) | |
| JESSICA SINGLETON ) | |

MOTION TO CORRECT TYPOGRAPHICAL ERROR

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to correct the code section incorrectly named in Count 4 of the indictment filed on the above referenced defendants. The code section should be (c)(2) instead of (d)(2).

The change to be made is administrative in nature only and does not effect the substantive counts against the defendants.

Respectfully submitted this 20th day of July, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY
/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB-4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 2:05cr151-T |
| CHARLES DAVID BOBO and | ) |
| MARY WAGES BOBO, d/b/a | ) |
| HORN HILL GROCERY, and | ) |
| JESSICA SINGLETON | ) |

CERTIFICATE OF SERVICE

   I hereby certify that on July 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marion Chartoff, Esq.; Tiffany McCord, Esq.; Christine Freeman, Esq.

               Respectfully submitted,

               /s/Tommie Brown Hardwick
               TOMMIE BROWN HARDWICK
               One Court Square, Suite 201
               Montgomery, AL 36104
               Phone: (334) 223-7280
               Fax: (334) 223-7135
               E-mail: tommie.hardwick@usdoj.gov
               ASB4152 W86T