IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr151-T |
| **CHARLES DAVID BOBO and** | ) | |
| **MARY WAGES BOBO d/b/a** | ) | |
| **HORN HILL GROCERY, and** | ) | |
| **JESSICA SINGLETON** | ) | |

## ORDER

It is ORDERED that all defendants show cause, if any there be, in writing by August 12, 2005, as to why the government's motion to correct typographical error (Doc. No. 29) should not be granted.

DONE, this the 1st day of August, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**