**COURTROOM DEPUTY MINUTES**        DATE: AUGUST 9, 2005

**MIDDLE DISTRICT OF ALABAMA**      DIGITAL RECORDED: 1:06 – 1:07

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR151-T-CSC      **DEFENDANT NAME:** CHARLES DAVID BOBO

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. MARION D. CHARTOFF |

☒ **DISCOVERY STATUS:** Completed.

☒ **PENDING MOTION STATUS:** Govt. Motion to Amend Typographical Error. M/Continue Pretrial Conf filed today. There will be other motion to be filed. Will move for pretrial diversion.

☐ **PLEA STATUS:**

☐ **TRIAL STATUS:**

☒ **REMARKS:** Oral Order granting M/Continue Pretrial Conf to 9/19/05;