IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-MHT-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

## RESPONSE TO GOVERNMENT'S MOTION
## TO CORRECT TYPOGRAPHICAL ERROR

COMES NOW Charles David Bobo, by and through counsel, and states that he does not oppose the government's *Motion to Correct Typographical Error* (filed July 20, 2005; Doc. 29).

Respectfully submitted, this the 12th day of August, 2005.

/s/ Marion D. Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Tiffany McCord, and Ms. Jennifer Hart.

      /s/ Marion D. Chartoff
      MARION D. CHARTOFF (CHA074)
      Law Office of Marion Chartoff
      505 S. Perry Street
      Montgomery, AL 36104
      (334) 264-0609
      Fax: (334) 263-4766
      mchartoff@bellsouth.net