IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **2:05cr151-T** |
| **CHARLES DAVID BOBO and** | ) | **(WO)** |
| **MARY WAGES BOBO d/b/a** | ) | |
| **HORN HILL GROCERY, and** | ) | |
| **JESSICA SINGLETON** | ) | |

## ORDER

There being no objection from defendants, it is ORDERED that the government's motion to correct typographical error (Doc. No. 29) is granted.

DONE, this the 16th day of August, 2005.

　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**