| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** SEPTEMBER 19, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:15 - 1:19 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>     **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR151-T-CSC</u>     **DEFENDANT NAME:** <u>CHARLES BOBO</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. MARION D. CHARTOFF |

√   **DISCOVERY STATUS:** NONE.

√   **PENDING MOTION STATUS:** DEFT'S M/BILL OF PARTICULAR.

☐   **PLEA STATUS:**

√   **TRIAL STATUS:** WILL TAKE 3 DAYS FOR TRIAL. APPLICATION TO PRETRIAL DIVERSION IS PENDING.

√   **REMARKS:** Govt. to file written response to motion.