IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                  ) | 2:05-cr-00151-MHT-CSC |
| ) | |
| CHARLES DAVID BOBO, et. al.                    ) | |

**UNOPPOSED MOTION TO CONTINUE**

The defendant, Charles David Bobo, through his attorney, respectfully moves the Court to continue the trial in this case, which is currently set for October 12, 2005. As grounds, the defendant states:

1. The defendant has applied for pre-trial diversion through the United States Attorney's Office, and as of this date, the application is still pending.

2. The parties are engaged in plea negotiations. However, no agreement has yet been reached. Additional time is needed for the negotiations.

3. If a final plea agreement is not reached in the case, defense counsel will need additional time to prepare adequately for trial.

4. Requests for a continuance are addressed to the sound discretion of the trial court. United States v. Darby, 744 F.2d 1508. 1521 (11th Cir. 1984), rehearing denied, 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985). Courts repeatedly have recognized that a continuance in order to allow for adequate preparation by counsel serves the ends of justice. See, e.g., United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987).

5. On September 19, 2005, the Court continued the trial of co-defendant Mary Wages Bobo until January 23, 2006.

      6.      The United States does not oppose this motion.

Wherefore, for the above-stated reasons, the defendant respectfully requests a continuance of the trial from the October 12, 2005 trial term.

Respectfully submitted, this the 21st day of September, 2005.

                                  <u>/s/ Marion D.Chartoff</u>
                                  MARION D. CHARTOFF (CHA074)
                                  Law Office of Marion Chartoff
                                  505 S. Perry Street
                                  Montgomery, AL 36104
                                  (334) 264-0609
                                  (334) 263-4766
                                  mchartoff@bellsouth.net

CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Tiffany McCord, and Jennifer Hart.

<u>/s/ Marion Chartoff</u>
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net