IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-MHT-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

**UNOPPOSED MOTION TO CONTINUE FILING DEADLINE**
**FOR RESPONSE TO MOTION FOR BILL OF PARTICULARS**

The defendant, Charles David Bobo, through his attorney, respectfully moves the Court to continue the filing deadline for the government's response to Mr. Bobo's Motion for Bill of Particulars. As grounds, the defendant states:

1. The defendant filed a Motion for Bill of Particulars (hereafter "the Motion") on September 15, 2005.

2. At the pretrial conference on September 19, 2005, the Court ordered the government to respond to the Motion within five days of that conference.

3. The parties currently are attempting to negotiate a resolution of this case. However, additional time is needed for the negotiations.

4. If a plea agreement is reached, the defendant intends to withdraw the Motion for Bill of Particulars.

5. Until the possibility of a negotiated settlement is eliminated, the defendant wishes to avoid requiring the government or the Court expend any effort in responding to or ruling on the Motion.

6. The defendant today filed a Motion to Continue the trial in this matter. (The Court has continued the trial of co-defendant Mary Bobo until January 23, 2006.)

  6.  The government does not oppose this motion.

  Wherefore, for the above-stated reasons, the defendant respectfully requests a continuance of the deadline for the government's response to the defendant's Motion for Bill of Particulars.

  Respectfully submitted, this the 21st day of September, 2005.

            <u>/s/ Marion D.Chartoff</u>
            MARION D. CHARTOFF (CHA074)
            Law Office of Marion Chartoff
            505 S. Perry Street
            Montgomery, AL 36104
            (334) 264-0609
            (334) 263-4766
            mchartoff@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Tiffany McCord, and Jennifer Hart.

    /s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net