IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-MHT-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, Charles David Bobo, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C. § 3161 et seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney, and

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

09-21-05
DATE

_Charles D. Bobo_
DEFENDANT

9-21-05
DATE

_Marion Chartoff_
DEFENDANT'S ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, I electronically filed the foregoing waiver of speedy trial with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick, Ms. Tiffany McCord, and Jennifer Hart.

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net