**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

September 26, 2005

## *NOTICE OF DEFICIENCY*

TO:       Attorney Marion Chartoff

FROM:   Sheila Carnes
         Deputy Clerk

SUBJECT: United States of America v Charles Bobo
         Cr No. 2:05-cr-151-T
         Waiver of Speedy Trial

The Waiver of Speedy Trial filed in this case on September 21, 2005, on behalf of defendant Charles Bobo did not include a certificate of service as required by the CM/ECF Criminal Proceeding for e-filing. If you have questions regarding this matter, a copy of those proceedings is available on the court's website, or, you may contact me at 334 954-3972.