COURTROOM DEPUTY MINUTES    DATE: NOVEMBER 14, 2005

MIDDLE DISTRICT OF ALABAMA    DIGITAL RECORDED: 1:03 P.M. TO 1:04 P..M.

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR151-T-CSC</u>    **DEFENDANT NAME:** <u>CHARLES D. BOBO</u>

### APPEARANCES

<u>GOVERNMENT</u>    <u>DEFENDANT</u>
ATTY. TOMMIE HARDWICK    ATTY. TIFFANY MCCORD

☐    **DISCOVERY STATUS:**

_____
_____

√    **PENDING MOTION STATUS:**   M/Bill of particulars (ORAL Request to Withdraw) GRANTED.

_____

√    **PLEA STATUS:**   Possible plea. Notice of Intent to be filed by the end of week.

_____
_____

√ **TRIAL STATUS:**   Case will not go to trial.

_____
_____

√    **REMARKS:** Parties advised to file notice ASAP.

_____
_____