IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-MHT-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, Charles David Bobo, by and through undersigned counsel, and notifies the Court of his intent to enter a plea of guilty to an Information to be filed in this case, pursuant to a plea agreement negotiated under Federal Rule of Criminal Procedure 11(c)(1)(C).

Respectfully submitted, this the 14th day of December, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

Counsel for Charles David Bobo

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Tommie Brown Hardwick.

      Respectfully submitted,

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net