FILED

# United States District Court

JAN - 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.                                                          **WAIVER OF INDICTMENT**

**CHARLES DAVID BOBO, d/b/a**
**HORN HILL GROCERY**

CASE NUMBER: 2:05cr151-T ~~02:05-CR-0051-T~~

I, __CHARLES DAVID BOBO, d/b/a HORN HILL GROCERY__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1) and TITLE 18 USC § 2,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/4/06__ prosecution by indictment and consent that the
                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer