| | | |
|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 1/4/06 | FTR RECORDING: 10:06 - 10:13 ; 10:23 - 10:32 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: JAMES DICKENS | |

❏ ARRAIGNMENT     √ CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*     **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *2:05CR151-T-CSC*     **DEFENDANT NAME:** CHARLES DAVID BOBO

**AUSA:** TOMMIE HARDWICK     **DEFENDANT ATTY:** MARION D. CHARTOFF

Type Counsel: ( ) Waived;   ( ) Retained;   (√) Panel CJA;   ( ) CDO

**USPO:** LESLIE CRAFT

Defendant ___ does  √ does NOT need and interpreter.

Interpreter present?   √ NO ___ YES     Name: _____

---

❏  This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏  Financial Affidavit executed.  **ORAL MOTION** for Appointment of Counsel.

❏  **ORAL ORDER** Appointing   ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏  **WAIVER OF INDICTMENT** executed and filed.

❏  **FELONY INFORMATION** filed.

❏  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty     ❏ Nol Contendere     ❏ Not Guilty by reason of insanity

   √ Guilty as to:     √ Count(s) 1     of the **Felony Information**

   ❏ Count(s) _____     ❏ dismissed on oral motion of USA;

   ❏ To be dismissed at sentencing.

√  Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏  No Plea Agreement entered.  √ Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement.

   ❏ **ORDERED SEALED.**

√  **ORAL ORDER** Adjudicating defendant guilty.

√  **ORDER:** Defendant Continued under √ same Conditions/Bond imposed ; ❏ Released on Bond & Conditions of Release for: ❏ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

❏  **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Trial on _____; or  ❏ Sentencing on _____ ❏ set by separate Order.