U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

**RECEIVED**
2006 JAN -9 P 4:29
UNITED STATES MARSHALS SERVICE
MIDDLE ALABAMA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cr151 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Charles David Bobo, et. al. | Release of Lis Pendens/Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOP - Covington County

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Covington County Courthouse; Court Square One; Andalusia AL 36420

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                    Fold

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 01/09/2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 1/9/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 2/7/06   Time: 2:04 ☒ pm

Signature of U.S. Marshal or Deputy: Kevin A. Chavers

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 1/10/06 C.M. # 7001 1140 0001 8579 7063   **RETURNED AND FILED**
2/7/06 Received recorded copy

FEB 14 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED   PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05cr151-T |
| | ) |
| CHARLES DAVID BOBO and | ) |
| MARY E. WAGES BOBO d/b/a | ) |
| HORN HILL GROCERY and | ) |
| JESSICA SINGLETON | ) |

### RELEASE OF LIS PENDENS/LEVY

NOTICE is hereby given that a certain Lis Pendens/Levy filed in the Office of the Judge of Probate, Covington County, Alabama, is hereby released and discharged. The Lis Pendens/Levy was recorded in the real property records on July 7, 2005, in Book 2005, Pages 1102-1104, giving notice of the pendency of a criminal forfeiture action in the United States District Court for the Middle District of Alabama entitled *United States of America v. Charles David bobo and Mary E. Wages Bobo d/b/a Horn Hill Grocery and Jessica Singleton*, Criminal No. 2:05cr151-T.

The property which is affected by this Release is described as follows:

> The NW1/4 of the SE1/4 of Section 1, Township 3, Range 17; and also a parcel of land containing about 5 acres, more or less, in the Southeast corner of the SW1/4 of the NE1/4 of Section 1, Township 3, Range 17, described as follows: "Beginning in the Southeast corner of the said SW1/4 of the NE1/4 and running West along the Forty line 400 yards to the Opp-Florala public road; thence in a Northeasterly direction along said public road to the starting point; and also a parcel of land described as follows: "Beginning at the Northwest corner of the

NE1/4 of the SE1/4 of Section 1, Township 3, Range 17, and running due South 85 yards down Forty line; thence East 35 yards; thence South 140 yards; thence West 35 yards to the Forty line; thence North along Forty line 140 yards to the starting point; "Less and except 3 acres, more or less, in the Northwest corner of the NW1/4 of the SE1/4 of Section 1, Township 3, Range 17; containing in the aggregate 43 acres more or less. Less a 20' R/W along existing road along East side of NW1/4 of SE1/4..

Said property belonging to Jerry Harper as shown by Warranty Deed dated April 12, 1993, and recorded at Book 912, Page 795 in the Land Records of Covington County, Alabama.

Done this 9th day of January, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA GARRETT CANARY

*/s/ John T. Harmon*
John T. Harmon [HAR108]
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

```
2006    234
Recorded in the Above
Misc Book & Page
02-03-2006 12:23:28 PM
Sherrie R. Phillips, Probate Judge
Covington County, Alabama
Term/Cashier: COVINGTON05 / SuzyH
Tran: 4754,44346,57393
CER Certification Fee              1.00
INF Indexing Fee (Pro Judge)       1.50
REC Recording Fee                  2.00
Total Fees:   $ 14.50
Covington County, Alabama
I certify this instrument was filed on
02-03-2006 12:23:28 PM
and recorded in Misc Book
2006 at pages 233 - 234
Sherrie R. Phillips, Probate Judge
```

2

