IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-00151-LSC-CSC |
| | ) | |
| CHARLES DAVID BOBO, et. al. | ) | |

**UNOPPOSED MOTION TO AMEND SENTENCING ORDER PURSUANT TO
FEDERAL RULE OF CRIMINAL PROCEDURE 35**

COMES NOW the defendant, Charles David Bobo, by and through counsel, and

respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 35(a) to amend the

Sentencing Order entered by the Court on this date solely to the extent that the Court order that

Mr. Bobo be designated to a facility in the Bureau of Prisons where he can participate in the

Intensive Residential Substance Abuse Treatment Program for alcohol abuse.

As grounds, the defendant states:

1.      As explained in the Pre-Sentence Investigation Report at page 8, paragraph 32,

Charles Bobo has long suffered from a serious alcohol abuse problem.  Before being placed on

pretrial release, he consumed approximately five cases of beer per week.  He was consuming that

amount at the time he committed the offense for which he was sentenced.  Mr. Bobo began

drinking when he was approximately eight years old.  By age seventeen he was consuming

alcohol on a daily basis.

2.      Mr. Bobo wants to receive intensive substance abuse treatment for his alcoholism

while incarcerated.  He understands that his participation in the Intensive Residential Substance

Abuse Program may require that he be incarcerated further away from his home.

3.      In the sentencing hearing today, defense counsel mistakenly failed to bring Mr.

Bobo's alcohol abuse to the Court's attention and failed to ask the Court to order that Mr. Bobo

be designated to a facility where he can participate in the Bureau of Prisons' Intensive

Residential Substance Abuse Program.  The Court asked about whether Mr. Bobo used

methamphetamine, and, as reported in the hearing, Mr. Bobo has not.  However, as stated above,

Mr. Bobo does has a serious substance abuse problem involving alcohol.  Undersigned counsel

should have brought this to the Court's attention at the sentencing, as alcohol abuse qualifies Mr.

Bobo for the Bureau of Prison's intensive substance abuse treatment program, and Mr. Bobo

wants to participate in the program.   Unfortunately, instead of bringing Mr. Bobo's alcohol

abuse to the Court's attention, undersigned counsel only responded to the Court's specific

question about methamphetamine abuse.

4.      Federal Rule of Criminal Procedure 35(a) allows the Court within seven days of

sentencing to correct a sentence that resulted from a "technical" error.  Undersigned counsel's

failure to bring to the Court's attention Mr. Bobo's substance abuse problem when the Court

raised the issue, and the Court's resulting choice not to order that Mr. Bobo be allowed to

participate in the Intensive Residential Substance Abuse Program, constituted "technical" error

that can be corrected under Rule 35(a).

3.      Undersigned counsel has consulted with counsel for the United States, Tommie

Brown Hardwick, about this motion.  Attorney Hardwick does not oppose the motion.


WHEREFORE, based upon the above-stated grounds, the defendant respectfully requests

that the Court amend its sentencing Order to require that the Bureau of Prisons designate Mr.

Bobo to a facility where he can attend the Intensive Residential Substance Abuse Treatment Program and to request that, in selecting from the facilities that offer that Program, the Bureau of Prisons place Mr. Bobo as close to his home in Opp, Alabama as possible.

Respectfully submitted, this the 30th day of May, 2006.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 324-2235
(334) 263-4766
mchartoff@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Tommie Brown Hardwick, Tiffany McCord, and Jennifer Hart.

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 324-2235
Fax: (334) 263-4766
mchartoff@bellsouth.net