IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. <u>2:05cr151-LSC</u> |
| | ) | |
| MARY WAGES BOBO and | ) | |
| CHARLES DAVID BOBO | ) | |

<u>MOTION TO DISMISS INDICTMENT</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment, heretofore filed in the above-styled cause to Mary Wages Bobo and Charles David Bobo, on the following grounds, to wit: Mary Wages Bobo and Charles David Bobo pleaded guilty to a felony Information on May 30, 2006.

Respectfully submitted this the 30th day of May, 2006.

             Respectfully submitted,

             LEURA G. CANARY
             UNITED STATES ATTORNEY


             /s/Tommie Brown Hardwick
             TOMMIE BROWN HARDWICK
             Assistant United States Attorney
             One Court Square, Suite 201
             Montgomery, AL 36104
             Phone: (334) 223-7280
             FAX: (334) 223-7135
             E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr151-LSC |
| | ) | |
| MARY WAGES BOBO and | ) | |
| CHARLES DAVID BOBO | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Marion D. Chartoff, Esq. and Tiffany B. McCord, Esq.

                                                          Respectfully submitted,

                                                          /s/Tommie Brown Hardwick
                                                          TOMMIE BROWN HARDWICK
                                                          One Court Square, Suite 201
                                                          Montgomery, AL 36104
                                                          Phone: (334) 223-7280
                                                          FAX: (334) 223-7135
                                                          E-mail: tommie.hardwick@usdoj.gov