IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**MOTION GRANTED**

THIS 1st DAY OF June, 2006.

/s/ L Scott Coogler
UNITED STATES DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:05-cr-00151-LSC-CSC |
| | ) |
| CHARLES DAVID BOBO, et. al. | ) |

## UNOPPOSED MOTION TO AMEND SENTENCING ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

COMES NOW the defendant, Charles David Bobo, by and through counsel, and respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 35(a) to amend the Sentencing Order entered by the Court on this date solely to the extent that the Court order that Mr. Bobo be designated to a facility in the Bureau of Prisons where he can participate in the Intensive Residential Substance Abuse Treatment Program for alcohol abuse.

As grounds, the defendant states:

1. As explained in the Pre-Sentence Investigation Report at page 8, paragraph 32, Charles Bobo has long suffered from a serious alcohol abuse problem. Before being placed on pretrial release, he consumed approximately five cases of beer per week. He was consuming that amount at the time he committed the offense for which he was sentenced. Mr. Bobo began drinking when he was approximately eight years old. By age seventeen he was consuming alcohol on a daily basis.

2. Mr. Bobo wants to receive intensive substance abuse treatment for his alcoholism while incarcerated. He understands that his participation in the Intensive Residential Substance Abuse Program may require that he be incarcerated further away from his home.