Case 2:05-cr-00151-LSC-CSC   Document 125   Filed 07/26/2006   Page 1 of 1
Case 2:05-cr-00151-LSC-CSC   Document 119   Filed 06/01/2006   Page 2 of 5

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: CHARLES DAVID BOBO
Case Number: 2:05-CR-0151-LSC

RECEIVED
2006 JUL 21 A 10: 03

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program and be housed as close as possible to his family in Opp, Alabama. Drug treatment should take first priority.

The defendant shall surrender to the United States marshal for this district or the designated institution by 2:00 p.m. on July 17, 2006.

RETURNED AND FILED

JUL 26 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on  7-18-2006  to  FPC MON  at  MAXWELL AFB, AL 36112 , with a certified copy of this Judgment.

O. DREW WARDEN
United States Marshal

By  /s/ C. Burden, USMS
Deputy Marshal